**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BRIAN JASIORKOWSKI<br>    Plaintiff,<br><br>v.<br><br>J.A. CAMBECE LAW OFFICE, P.C.,<br>and CACH, LLC<br>    Defendant, | )<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-12004-PBS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

    Brian Jasiorkowski ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  November 15, 2016

RESPECTFULLY SUBMITTED,
By: /s/ Kevin Crick
Kevin Crick, Esq.
BBO:  680950
Rights Protection Law Group, PLLC
8 Faneuil Hall Marketplace, Third Floor
Boston, Massachusetts 02109
Phone: (844) 574-4487
Fax: (888) 622-3715
k.crick@rightsprotect.com
**Attorney for Plaintiff**

**PROOF OF SERVICE**

I hereby certify that on November 15, 2016, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.